NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000752**
**30-MAR-2023**
**07:59 AM**
**Dkt. 37 OAWST**

NO. CAAP-22-0000752

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JANET ARNESON, Plaintiff-Appellant;
BRONSTER FUJICHAKU ROBBINS, Real Party in Interest-Appellant, v.
DAYNA CLAIRE OWSKEY, in her capacities as Personal Representative
of the Estate of Thomas C. Owskey, the Successor Trustee of
Thomas and Dayna Owskey Joint Trust, and Individually,
Defendants-Appellees

DAYNA CLAIRE OWSKEY, Trustee of the Thomas and Dayna Owskey
Joint Trust, Counterclaim Plaintiff-Appellee, v.
JANET ARNESON, Counterclaim Defendant-Appellant;
CENTRAL PACIFIC BANK, a Hawaii corporation,
Counterclaim Defendant-Appellee, and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Counterclaim Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001060)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the "Amended Stipulation to Dismiss; Order" (**Stipulation**), filed March 28, 2023, by Plaintiff/Counterclaim Defendant-Appellant Janet Arneson and Appellant Bronster Fujichaku Robbins, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own costs and attorneys' fees; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, March 30, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge